IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 3M COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4628 |
| | § | |
| 3MPUMPS S.R.L. and MPUMPS CORP., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff's Third Unopposed Motion for Continuance of the Initial Pretrial and Scheduling Conference is granted. (Docket Entry No. 20). The Initial Pretrial and Scheduling Conference is continued from June 25, 2012 to **August 24, 2012, at 8:30 a.m.** Counsel must notify all parties even if it appears the court has done so. No further continuances will be granted.

SIGNED on June 5, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge